# United States District Court

**FILED by MAG. SEC. ___ D.C.**
**MAR 1 0 2000**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. MIAMI**

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CECELIA THOMAS
a/k/a "Cecelia Lawson"

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-2396-SIMONTON

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 10, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not a citizen of the United States.

in violation of Title __18__ United States Code, Section(s) __1542__
I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:
Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
CHRISTOPHER J. GILLIS, SPECIAL AGENT
U.S. Department of State

Sworn to before me, and subscribed in my presence,

__March 10, 2000__                              at __Miami, FL__
Date                                              City and State

ANDREA M. SIMONTON
U.S MAGISTRATE JUDGE

# **AFFIDAVIT**

I, Christopher j. Gillis, being duly sworn, hereby depose and say that:

1. I am a Special Agent with the Diplomatic Security Service, United States Department of State and have been so employed for 11 months. I have been trained to conduct passport fraud investigations. I make this affidavit based upon my own knowledge and upon information and documents provided to me in my official capacity. Since this document is made for a limited purpose, I have not included all of the investigative material compiled to date concerning this investigation.

2. I have been assigned to investigate a complaint of false application for a United States Passport in Violation of Title 18, United States Code, Section 1542. Cecelia Thomas submitted an application for a U.S. Passport at the U.S. Post Office Hollywood, Florida on January 12,2000 along with a U.S. Virgin Island birth certificate as proof of United States citizenship, file number 325-1960. As proof of identity Thomas presented a Florida drivers license (#T52010060351). Subsequently, your Affiant was advised by the Office of Passport Services of the U.S. Department of State, Fraud Prevention Unit, Miami Florida, that the birth certificate submitted by Thomas was not valid.

3. A verification of birth was made with the Department of Health and Vital Statistics, U.S. Virgin Island. The verification indicated that there was no record of birth in the U.S. Virgin

Island for a Cecelia Thomas on January 31, 1960. ~~(See Attachment)~~ CJG.

4. After she was arrested and advised of her rights, the defendant admitted that her name was Cecilia Lawson and that she was a citizen of Jamaica.

5. In view of the foregoing, I submit that there is probable cause to believe that on January 12, 2000, in Hollywood, Broward County in the Southern District of Florida, Ceceila Thomas did willfully and knowingly make a false statement in an application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542.

Further Affiant Sayeth Naught.

_____
Christopher J. Gillis
Special Agent
U.S. Department of State

Sworn to and subscribed before me

This 10th day of March 2000.

_Andrea M. Simonton_
ANDREA M. SIMONTON
United States Magistrate Judge
Southern District of Florida

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-2396-SIMONTON

UNITED STATES OF AMERICA

vs.

CECILIA THOMAS
a/k/a "Cecelia Lawson"

**Defendant**
_____/

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 779407
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9291
FAX (305) 536-5566