UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # ~~60407-~~ ~~60406~~-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR_____
 ) REPORT COMMENCING CRIMINAL
-vs- )         ACTION
)
CECELIA THOMAS )
       Defendant

FILED by _____ D.C.
MAG. SEC.
MAR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FALSE APPLICATION FOR PASSPORT

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-31-60

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: STATE DEPT.  (11) Phone: _____

(12) Comments: _____