UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-2396-SIMONTON

UNITED STATES OF AMERICA,

v.

CECELIA THOMAS

**ORDER DENYING GOVERNMENT'S**
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

_____

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied**.
_____ The defendant's motion is **granted**; bond is set at
   _____ Personal Surety, unsecured, in the amount of
          $_____
   _____ Personal Surety in the amount of $_____
          with 10% posted with Clerk of Court.
   _____ Personal Surety in the amount of $_____
          secured by the following collateral: _____
   _____

   _____ Full Cash in the amount of $_____
   ✓ Corporate Surety in the amount of $ 25,000 /Nellis
          Hearing required
   _____ Full Cash or Corporate Surety in the amount of
          $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

__ **SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.**
__ **REPORT TO PRETRIAL SERVICES AS FOLLOWS:**   **WEEKLY IN PERSON;**   **WEEKLY BY PHONE.**
__ **SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.**
__ **MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.**
__ **MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.**
__ **AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.**
__ **REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.**
__ **COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:** _____
_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 17th day of MARCH 2000.

TAPE NO. 00A-27-1394

c:AUSA, Defense Counsel,
    Pretrial Services, US Marshal

UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

FILED by _____ D.C.
MAG. SEC.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI