RWP/sls



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6067

18 USC 1542
18 USC 911
18 USC 1621

CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CECELIA AGATHA LAWSON,
a/k/a " Cecelia Thomas,"

       Defendant.
_____/

MAGISTRATE JUDGE
SNOW

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

      CECELIA AGATHA LAWSON,
       a/k/a " Cecelia Thomas,"

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was CECELIA THOMAS and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not CECELIA THOMAS and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about January 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

CECELIA AGATHA LAWSON,
a/k/a " Cecelia Thomas,"

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented the birth certificate of a CECELIA THOMAS, born in the U.S. Virgin Islands, claiming this to be her own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about January 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

CECELIA AGATHA LAWSON,
a/k/a " Cecelia Thomas,"

having duly taken an oath, before Dale Bowe, a competent passport agent of the Department of State, duly authorized and empowered by

2

the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matter which she then and there did not believe to be true, in that she stated under oath as aforesaid that she was Cecelia Thomas and was born in the U.S. Virgin Islands, when in truth and in fact and as the defendant then and there well knew, she was not Cecelia Thomas and was not born in the U.S. Virgin Islands; in violation of Title 18, United States Code, Section 1621.

                A TRUE BILL

                _____
                FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

# BOND RECOMMENDATION

DEFENDANT __CECELIA AGATHA LAWSON__

$ __PRE-TRIAL DETENTION__

_Roger W. Powell_
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

_____

What Facility _____

Agent __Special Agent Christopher Gillis (305) 536-5781__
(FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)(USCS) **(US DEPT.OF STATE)**

AO (Rev. 3/89)
**Bond Recommendation**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: **CECELIA AGATHA LAWSON**    Case No._____

Count #: **1**

**False Statement in Application for U.S. Passport**

**18 U.S.C. §1542**

***Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

Count #: **2**

**False Claim to U.S. Citizenship**

**Title 18, United States Code, Section 911**

***Max. Penalty: 3 years' Imprisonment; and $250,000 fine**

Count #: **3**

**Perjury**

**Title 18, United States Code, Section 1621**

***Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

CECELIA AGATHA LAWSON            **CERTIFICATE OF TRIAL ATTORNEY***

                                 **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)        Yes ___   No ___
                                     Number of New Defendants  ___
___ Miami   ___ Key West             Total number of counts    ___
 X  FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       X        Petty      ___
   II   6 to 10 days      ___      Minor      ___
   III  11 to 20 days     ___      Misdem.    ___
   IV   21 to 60 days     ___      Felony      X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) YES
   If yes:
   Magistrate Case No.  00-2396-SIMONTON
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the_____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                     *Roger W. Powell* (signature)
                                     ROGER W. POWELL
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Florida Bar No. 341411

*Penalty Sheet(s) attached                                    REV.4/7/99