UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6067-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

CECELIA AGATHA LAWSON,
a/k/a CECELIA THOMAS
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 60407-004

Language: English

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

FILED by _____ D.C.
MAG. SEC.
MAR 2 9 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

Defendant:   Address:   (custody)

             Tel. No: _____

Defense Counsel:  Name   : Federal Public Defender

                  Address: 150 West Flagler Street

                           Miami, FL 33130

                  Tel. No: (305) 530-7000

Bond Set/Continued:   $ 250,000 csb w/nebbia

Dated this ____ day of MARCH, 2000.

CLARENCE MADDOX, CLERK

BY   Patricia Mitchell
        Deputy Clerk

c: U.S. Attorney                    TAPE NO. 2000G-34-35-77
   Defense Counsel                  DIGITAL START NO._____
   Pretrial Services

