UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Cases No. 00- 6067-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) |
| CECELIA A. LAWSON, | ) |
| | ) |
| Defendant. | ) |



GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

1. Attached, please find a copy of the written statement made by the defendant.

2. That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached.

3. No defendant testified before the Grand Jury.

4. The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually



        convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for Friday, April 21, 2000 at 2:00 p.m. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time.

        The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

        Attached:
1.) Passport Application and related documents - numbered 00001 thru 00005.
2.) Rights and Written statement by defendant - numbered 00006 thru 00009.

    6.    There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.    No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.    The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples will be set aside to be used as evidence at trial.

L.    The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.    To date, the government has not received a request

3

          for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.     The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.     At the discovery conference scheduled in Section A.5, above, the government will seek a written stipulation that the Virgin Islands birth certificate in the name of "Cecelia Thomas" is false, to be signed by the defendants and their respective defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Date: January 12, 2000
        Place: Broward County

The attachments to this response are numbered documents <u>00001</u> - <u>00009</u>. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                By: _____
                        ROGER W. POWELL
                        ASSISTANT UNITED STATES ATTORNEY
                        Florida Bar No.341411
                        500 E. Broward Blvd., Suite 700
                        Fort Lauderdale, Florida 33394
                        Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Christopher Gillis
    State Department

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this <u>6th</u> day of April, 2000 to:

Mr. Martin J. Bidwill, Esq.
Attorney for Defendant Lawson
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FLorida  33301

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

MIAMI PASSPORT AGENCY
CASE DIARY

DATE: JANUARY 2000
PAGE: ONE

NAME ON APPLICATION: <u>CECELIA THOMAS</u>
DATE/PLACE OF BIRTH: <u>1-31-60/USVI</u>
APPLIED AT: <u>USPS, HOLLYWOOD, FL</u>    DATE: <u>1-12-2000</u>
RECEIVED FROM: <u>R SALTZMAN</u>    DATE: <u>1-18-00</u>
SS NUMBER: <u>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</u>    ISSD AT: <u>FL</u>    DATE: <u>AFTER 1997</u>

### *COUNTERFEIT BIRTH CERTIFICATE*

1-18-00
Received the application from the examiner because the birth certificate appeared to be bogus. The social security number was issued after 1997. The Florida driver's license was issued 5-20-99. No emergency contact information was provided. The applicant is a Home Health Aide but has no business phone number.

Per tel con with Ms. Christopher at BVS, USVI, there is no record of birth on file.

*[signature]*

00001

# APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
## DEPARTMENT OF STATE

(Print in capital letters in blue or black ink - white areas only)

**1. NAME** (First and Middle): CECELIA EMX
**LAST:** THOMAS

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX:** 4411 NW 15 ST  **APT. #:** M110
**CITY:** LAUDERHILL  **STATE:** FL
**ZIP CODE:** 33313  **COUNTRY / IN CARE OF (if applicable):**

Barcode: 045842473
☐ 5 Yr.  ☒ 10 Yr.  Issue Date ___
R  D  O  DP
End # ___  Exp. ___

**3. SEX:** F
**4. PLACE OF BIRTH** (City & State or City & Country): Virgin Isles US
**5. DATE OF BIRTH:** 8/13/60
**6. SOCIAL SECURITY NUMBER:** 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

**7. HEIGHT:** 5'5"
**8. HAIR COLOR:** BLACK
**9. EYE COLOR:** Dark Brown
**10. HOME TELEPHONE:** (954) 731-2004
**11. BUSINESS TELEPHONE:**
**12. OCCUPATION:** Home Health Aide

**13. PERMANENT ADDRESS** (DO NOT LIST P.O. BOX): 4411 NW 15  LAUDERHILL  FL  33313

**14. FATHER'S FULL NAME:** THOMAS JOHN  **BIRTHPLACE:** ST THOMAS  **BIRTHDATE:** 8-17-24  **U.S. CITIZEN:** ☒ Yes
**15. MOTHER'S FULL MAIDEN NAME:** SMITH ENID  **BIRTHPLACE:** ST. THOMAS  **BIRTHDATE:** 10-31-30  **U.S. CITIZEN:** ☒ Yes

**16. HAVE YOU EVER BEEN MARRIED?** ☒ No
**SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH:** N/A  **BIRTHPLACE:** N/A  **BIRTHDATE:** N/A

**17. OTHER NAMES YOU HAVE USED:**

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☒ No

**19. EMERGENCY CONTACT**

**20. TRAVEL PLANS**

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me
Month Day Year: 01/12/00
☒ Postal Employee
HOLLYWOOD FL  JAN 12 2000
Hollywood FL 33020

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
☒ DRIVER'S LICENSE  **ISSUE DATE:** 05/30/97  **EXPIRATION DATE:** 08/13/06  **ID No.:** T520100060531
**PLACE OF ISSUE:** FL  **ISSUED IN THE NAME OF:** Cecelia Thomas

**24. FOR ISSUING OFFICE USE ONLY**
☒ Birth Certificate  City  Filed/Issued: 2/4/60 / 91
Bearer's Name: Same

00002

**25. FEE:** $45  **EXEC:** $35 EF

FORM DSP-11 (12-97)  (SEE INSTRUCTIONS ON PAGE 2)  Form Approved OMB No. 1405-0004 (Exp. 5/31/2001) Estimated Burden - 20 Minutes

```
***********************************  EFX DTEC  **********************************
*                                                                                *
*                                                                                *
***********  Dept: Standard: EFX, XPN and TU/ Entered by: Supervisor ***********

PULLED: 1/25/2000 11:31:10 AM   APP ID: 219 SUBJECT ID:

DTEC-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.

********************************************************************************
    SOCIAL SECURITY NUMBER ISSUED BY THE SOCIAL SECURITY
    ADMINISTRATION WITHIN THE LAST 5 YEARS
    THOROUGH VERIFICATION SUGGESTED.
********************************************************************************

    SSN ISSUED -98    STATE ISSUED-FL


M1 OF 1  NM-THOMAS,CECELIA   CA-4411,18TH,ST,LAUDERHILL,FL,33313,01/00
         SS-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                AGE 39 &

END OF REPORT EQUIFAX AND AFFILIATES -  01/25/00

**END REPORT PULLED 1/25/2000 11:31:10 AM [B-0/F-0/P-0/O-0/S-0] FOR 219/728***
```

00003

HD-kx

# VIRGIN ISLANDS — THE UNITED STATES
## DEPARTMENT OF HEALTH
### CERTIFICATE OF BIRTH  892023

This is to certify that a birth certificate has been filed for

___CECELIA       THOMAS___
(FULL NAME OF CHILD)

under File No. __325-1960__ in the Office of the Registrar of Vital Statistics, __ST, THOMAS__, Virgin Islands of the United States.
(ISLAND)

Born on __01-31-1960__ at __CHAROLETTE   AMALIE__.
(DATE OF BIRTH)                    (CITY, TOWN, VILLAGE)

__ST, THOMAS__, Virgin Islands. Sex __FEMALE__
(ISLAND)                                              (MALE OR FEMALE)

Name of Father __JOHN     THOMAS__

Maiden Name of Mother __ENID    SMITH__

File Date: __02/04/1960__        *Cheryl P. Clarke*
                                  CHERYL P. CLARKE
                                  (SIGNATURE OF REGISTRAR)

This certificate is evidence of age, parentage and place of birth and should be carefully preserved.

THIS CERTIFICATE BECOMES VOID IF ALTERED.

__CHAROLETTE   AMALIE__
(CITY)
__ST, THOMAS__, V.I.
(ISLAND)
__09/15/1991__
(DATE ISSUED)

00004

**GOVERNMENT OF**
**THE VIRGIN ISLANDS OF THE UNITED STATES**

DEPARTMENT OF HEALTH

DIVISION VITAL STATISTICS                     FEBRUARY 8, 2000

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT NO RECORD OF BIRTH WAS FOUND IN THS DEPARTMENT OF HEALTH. VITAL STATISTICS FOR __CECELIA THOMAS__ WHO CLAIMS THEY WERE BORN IN ST. THOMAS ON __JANUARY 31, 1960__.
BOTH ST. THOMAS AND ST. JOHN, V.I. RECORDS WERE CHECKED.

SINCERLY,

*[signature]*
MELONIE GORDON
STATISTICS CLERK

00005

## YOUR RIGHTS

Place _MFO_
Date _3-10-00_
Time _2:40 pm_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

_REFUSE TO SIGN_ X _____


## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed X _Celia Thomas_

Witness: _SA [signature]_
Witness: _SA [signature]_

00006

PLACE: **DIPLOMATIC SECURITY OFFICE U.S. DEPT. OF STATE**

DATE: **3-10-00**

I **CECELIA**, hereby make the following statement voluntarily to **CHRIS GILLIS**, who has been identified to me as a Special Agent of the U.S. Department of State, Bureau of Diplomatic Security.

Michael gave me a birth certificate, a US social security card, and a Virgin Island driver's license. Michael is short, about 5'0, chubby, approximately 200 lbs. He's Jamaican, lives in Ft. Lauderdale, married with kids. He drives a Rodeo or similar type vehicle. He does maintenance for apartments. I contacted him through his beeper. About 8 months ago he sold me the documents for $2500. I paid him in cash in two parts — half at first and half later. I wanted to get a passport to go home and visit. Michael said that he got the birth certificates from someone else (unknown source). I've known Michael for almost a year. He said that he's sold other birth certificates to other people before me.

PAGE 1 OF 3 PAGES

*Cecelia Lawson*

00007

PAGE 2 OF 2 PAGES

*Cecilia Lawson*

00008

I have read the above statement which consists of 3 pages. I hereby swear or affirm that the information contained in this statement is the truth to the best of my knowledge.

SIGNED: *Cecelia Lawson*
PRINTED: CECELIA LAWSON
ADDRESS: 4411 NW 18 St Lauderhill

Subscribed and sworn to before me on this 10th day of March, 2000.

SIGNED: SA *[signature]*
PRINTED: SA JASON ROSSELOT
Special Agent
Diplomatic Security
U.S. Department of State

WITNESSED: _____
ADDRESS: _____

Witnessed: *[signature]*

PAGE 3 OF 3 PAGES

00009