# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6067-CR-WPD    DATE: April 28, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Cecelia Agatha Frewson

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Martin Bidwill, AFPD

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Case to be resolved by way of plea. Counsel asks for plea date week of May 8th. Court sets change of plea on 5/9/00 @ 1:00. And also trial date if necessary. Time from today until 5/9/00 deemed excludable.

JUDGMENT: Excludable

CASE CONTINUED TO: 5/9/00    TIME: 9:00    FOR: Cal Call
MISC: 5/22    9:00    trial period

