UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    V.                      CASE NO. 00-6067-CR-DIMITROULEAS

CECELIA AGATHA LAWSON

---

TYPE OF CASE:          CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**MAY 9, 2000 AT 1:00 P.M.**

---

TYPE OF HEARING:    CHANGE OF PLEA

CLARENCE MADDOX,
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: April 28, 2000

cc: Roger Powell, AUSA
    Martin Bidwill, AFPD