## CRIMINAL MINUTES

FILED by _____ D.C.
MAY 09 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6067-CR-WPD   DATE: May 9, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Ricceia Algatona Finison

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Martin Bidwill, AFD

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft to plead guilty to Count 1. Remaining counts to be dismissed. Deft sworn and questioned by Court. Parties agree to waive PSI. Deft seeks to be sentenced today. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: today   TIME: _____   FOR: Sentencing

MISC: Written plea agreement filed under seal