## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

CASE NO.: 00-6067-CR-WPD

v.

Cecelia Hansen

### TRANSMITTAL LETTER FOR
### SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: 5/9/00

Number of Documents enclosed: 1

---

#### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by:_____
(Docketing Supervisor/Workleader)

Copy for Judge received by:_____
(Chamber's Staff)

---

### SEALED DOCUMENT IN VAULT
DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

---

DOCKET CLERK: _____

DOCKET NUMBER(S): 17

RECORDS CLERK:_____