**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
MAY 09 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6067-(a-WPD)    DATE: May 9, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs.    Cicelia Agatha Johnson

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Martin Bidwell

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed on Count 1:
Counts 2 + 3 dismissed by GNL.
- Time served
18 months Sup Release   No Fine, $100 Assessment
Cnd: Ordered to have contact with law
enforcement.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft Advised of Right to Appeal.