UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA

CASE NO.: 00-6067-CR-WPD

v.

Cecilia Krusen

## TRANSMITTAL LETTER FOR
## SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: 5/10/00

Number of Documents enclosed: 1

---

### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by: _____
(Docketing Supervisor/Workleader)

Copy for Judge received by: _____
(Chamber's Staff)

---

### SEALED DOCUMENT IN VAULT
DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

---

DOCKET CLERK: _____

DOCKET NUMBER(S): 20

RECORDS CLERK: _____