# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| CECELIA AGATHA LAWSON | Case Number: 0:00CR06067-001 |
| | Martin Bidwill, AFPD/Roger Powell, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) **1**
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | False Statement in Allpication for a U.S. Passport | 01/12/2000 | 1 |

FILED by _____ D.C.

MAY 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___
- [X] Count(s) **2,3** (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 01/31/1960
Defendant's USM No.: 60407-004
Defendant's Residence Address:
1280 NW 43rd Avenue
Lauderhill     FL     33313

Defendant's Mailing Address:
1280 NW 43rd Avenue
Lauderhill     FL     33313

05/09/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

May 10, 2000
Date

No further action required by
the U.S. Marshals Service.

*James A Tassone*
UNITED STATES MARSHAL

SDUSM